

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-13-01023-CV

Style:          Lavena V. Hightower

          **v**. The State of Texas

Date motion filed:          May 7, 2014

Type of motion:          Motion to Withdraw and Substitute Counsel

Party filing motion:          Amanda E. Love, counsel for appellant

Document to be filed:

Is appeal accelerated?          No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:          Current Due date:
    Date Requested:

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:

        ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other:

    Amanda E. Love's motion to withdraw as appellant's counsel is granted, and Kathryn Lewis and Beth Mitchell are substituted as appellant's counsel.

Judge's Signature: /s/ Jim Sharp

Date: May 29, 2014

November 7, 2008 Revision